MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| RAYMOND ANTHONY MARIN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:20-cv-01419-NONE-BAM<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension through May 14, 2021 to respond to Plaintiff's settlement letter. Defendant requests this extension due to workload issues that have arisen due to a sharp increase in caseload for the agency. Defendant's counsel filed 8 briefs within the last month and has spent significant time monitoring the status of delayed electric certified administrative records and training new attorney hires.

    This request is made in good faith with no intention to unduly delay the proceedings.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: May 7, 2021
/s/ *Jonathan Pena by Chantal R. Jenkins**
*As authorized *via* email on May 7, 2021
Jonathan Pena
Attorney for Plaintiff

Dated: May 7, 2021
MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

Pursuant to the Parties stipulation, and good cause appearing, the Court HEREBY GRANTS the request. The Defendant shall respond to Plaintiff's settlement letter no later than May 14, 2021. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **May 10, 2021**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE