JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANTHONY MARIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-cv-01419-NONE-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 14, 2021 to July 14, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly

1

for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 18, 2021     PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: May 18, 2021     PHILLIP A. TALBERT
                        Acting United States Attorney
                        DEBORAH LEE STACHEL
                        Regional Chief Counsel, Region IX
                        Social Security Administration


By:  */s/ Annabelle Yang*
    Annabelle Yang on behalf of Chantal Jenkins
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on May 18, 2021)

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to file his Opening Brief is GRANTED. Plaintiff shall serve and file his Opening Brief on or before July 14, 2021. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated:  **May 26, 2021**                               /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE