JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RAYMOND MARIN,[1] <br><br>            Plaintiff, <br><br>     vs. <br><br> KILOLO KIJAKAZI, <br>Acting Commissioner of Social Security, <br><br>         Defendant. | Case No. 1:20-cv-01419-NONE-BAM <br><br> UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |

      Plaintiff moves for a 40-day extension of time from July 14, 2021 to August 23, 2021, to serve on defendant with Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

      This is Plaintiff's second request for an extension of time. Good cause exists. On May 24, 2021, Plaintiff requested a 30-day extension, until July 14, 2021, to serve defendant with his Opening Brief. (ECF# 17) On May 26, 2021, the Court granted the extension. (ECF# 19)

      For the weeks of July 12, 19, and 26, Counsel for the Plaintiff has nine to 11 administrative hearings per week, numerous confidential letter briefs and merit briefs. Counsel has received an influx of certified administrative records in other cases in all four US District

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Courts in California, which were previously stayed due to the COVID-19 pandemic requiring letter briefs or merit briefs within the next 30 -45 days.     Additionally, Counsel for the Plaintiff has received an unusual increase in the number of cases denied by the appeals council which triggers the 60-day deadline for review and filing in US District Court.

Counsel is making arrangements with an increase of additional support staff with increased hours to accommodate the influx of work.  However, for this deadline, Counsel requires additional time to brief this matter.

This request is made in good faith. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.


Respectfully submitted,

Dated: July 14, 2021                    PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: July 14, 2021                    PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:  *\*/s Chantal Jenkins*
Chantal Jenkins
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on July 14, 2021)

**<u>ORDER</u>**

Pursuant to the Parties stipulation[2], and good cause appearing, the Court HEREBY GRANTS the request. The Plaintiff shall file the Confidential Letter Brief no later than August 23, 2021. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **July 15, 2021**                 /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

---

[2]        The Court construes the unopposed motion as a stipulation, as both Parties agreed and signed the unopposed motion.