PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4823
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RAYMOND A. MARIN,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | No. 1:20-cv-01419-NONE-BAM<br><br><u>STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)</u> |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security (Commissioner) has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to re-evaluate the evidence.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  September 17, 2021                     Respectfully submitted,

                                                   Pena & Bromberg, Attorneys at Law

*/s/ Jonathan Pena by Chantal R. Jenkins\**
\*As authorized *via* email on September 17, 2021
Jonathan Omar Pena
Attorney for Plaintiff

Dated:  September 17, 2021                     PHILLIP A. TALBERT
                                                   Acting United States Attorney
                                                   DEBORAH LEE STACHEL
                                                   Regional Chief Counsel, Region IX
                                                   Social Security Administration

                                        By:     */s/ Chantal R. Jenkins*
                                                   CHANTAL R. JENKINS
                                                   Special Assistant United States Attorney

                                                   <u>ORDER</u>

The above stipulation is approved.

IT IS SO ORDERED.

   Dated:   **September 24, 2021**                            _____
                                                                      UNITED STATES DISTRICT JUDGE